IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLIE LAMONTE MCKINNEY, JR., | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00103-TES-AGH |
| | * |
| WARDEN T. JESTER, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 31, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of August, 2024.

David W. Bunt, Clerk

s/ Raven K Alston, Deputy Clerk